

**Entered on Docket
August 24, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

Wilmington Trust Company as successor to the Bank of New York as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2005-CB4
09-73845 / 15273493

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Suzanne Lacy

Debtors.

BK-S-09-12902-mkn

MS Motion No.
Date:  7/8/2009
Time:  1:30 PM

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $1,715.75 (April 1, 2009 – July 1, 2009) | $ 6,863.00 |
| 3 Late Charges at $85.79 each (April 16, 2009 –June 1, 2009) | $ 257.37 |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Less immediate lump sum payment (due at signing) | -($ 1,715.75) |
| Total Arrearages | $ 6,304.62 |

The above arrearage shall be paid in six (6) monthly installments of $1,050.77. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the August 20, 2009 payment and continuing throughout and concluding on or before January 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the August 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 6021 Gum Springs Street , North Las Vegas,  NV 89081, and legally described as follows:

PARCEL ONE(1):

LOT 92 IN BLOCK 6 OF FIFTH AND FARM UNIT 1C, A COMMON INTEREST COMMUNITY, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 114 OF PLATS, PAGE 39, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP

1  REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR FIFTH AND  FARM RECORDED MAY 16, 2003 IN
2  BOOK 20030516 AS DOCUMENT NO. 00536 OF OFFICIAL RECORDS.

3  PARCEL TWO (2):

4  A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERREDTO ABOVE AND FURTHER
5  DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR FIFTH AND FARM RECORDED MAY 16, 2003 IN BOOK 20030516 AS DOCUMENT NO.
6  00536 OF OFFICAL RECORDS.

7       IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any

8  payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's

9  Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon

10  Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition.  For each

11  such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be

12  paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure

13  the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to

14  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the

15  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete

16  possession thereof.

17  Submitted by:

18  WILDE & ASSOCIATES

19  By _R. Adlest #10235_
      GREGORY L. WILDE, ESQ.
20       Attorneys for Secured Creditor
     208 South Jones Boulevard
21       Las Vegas, Nevada 89107

22  APPROVED AS TO FORM & CONTENT:

23  Kathleen A Leavitt              David L. Tanner

24  By _____        By _____
25  Kathleen A Leavitt          David L. Tanner
     Chapter 13 Trustee          Attorney for Debtors
26  201 Las Vegas Blvd., So. #200     7472 W. Sahara Ave. #101
     Las Vegas, NV 89101           Las Vegas, NV 89117