Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
3990 Vegas Drive
Las Vegas, Nevada 89108
Telephone:   (702) 474-4220
Facsimile:    (702) 474-4228
E-mail:         jeffrey@jeffreycogan.com
Attorney for Chapter 13 Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-12902(mkn) |
| SUZANNE LACY, | Chapter 13 |
| | TRUSTEE:   Leavitt |
| Chapter 13 Debtor. | |

## SUBSTITUTION OF COUNSEL

JEFFREY A. COGAN, ESQ. is hereby substituted as counsel for SUZANNE LACY, in the stead of DAVID TANNER, ESQ., in the above-entitled action.

DATED this 25th day of February, 2010.

JEFFREY A. COGAN, ESQ., LTD.

By _____
Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
3990 Vegas Drive
Las Vegas, Nevada 89108
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
E-mail: jeffrey@jeffreycogan.com

I hereby consent to the above and foregoing substitution.

DATED this ____ day of February, 2010.

_____
SUZANNE LACY

| | |
|---|---|
| 1 | I hereby accept the above and foregoing substitution as attorney for SUZANNE LACY. |
| 2 | |
| 3 | DATED this 26th day of February, 2010. |
| 4 | DAVID L. TANNER, ESQ., P.C. |
| 5 | |
| 6 | David L. Tanner, Esq. |
| 7 | Nevada Bar No. 2366<br>7472 West Sahara Avenue, Suite 101 |
| 8 | Las Vegas, Nevada 89117<br>Telephone: (702) 256-6999 |
| 9 | Facsimile: (702) 256-8999<br>Email: tannerlaw@aol.com |
| 10 | |
| ... | |
| 28 | |

Page 2 of 2