Filed Electronically _____

**Entered on Docket**
**April 08, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wilmington Trust Company as successor to the Bank of New York as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2005-CB4
09-73845

## UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-12902-mkn |
| Suzanne Lacy | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

**ORDER VACATING AUTOMATIC STAY**

Pursuant to the Declaration re Breach of Condition filed on 2/22/10 and Debtors failure to

1   cure the default prior to its expiration, and good cause appearing.

2       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3   above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

4   Secured Creditor, Wilmington Trust Company as successor to the Bank of New York as successor to

5   JPMorgan Chase Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed

6   Certificates, Series 2005-CB4 its assignees and/or successors in interest, and Secured Creditor may

7   proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as

8   6021 Gum Springs Street , North Las Vegas NV and legally described as follows:

9       PARCEL ONE(1):

LOT 92 IN BLOCK 6 OF FIFTH AND FARM UNIT 1C, A COMMON INTEREST COMMUNITY, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 114 OF PLATS, PAGE 39, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR FIFTH AND FARM RECORDED MAY 16, 2003 IN BOOK 20030516 AS DOCUMENT NO. 00536 OF OFFICIAL RECORDS.

PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERREDTO ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR FIFTH AND FARM RECORDED MAY 16, 2003 IN BOOK 20030516 AS DOCUMENT NO. 00536 OF OFFICAL RECORDS.

pursuant to applicable State Laws, and thereafter commence any action necessary to

obtain complete possession of the subject property.

    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee

of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107