KATHLEEN A. LEAVITT                                    E-FILED 05/07/2010
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
kal13mail@las13.com

# UNITED STATES BANKRUPTCY COURT
# NEVADA DIVISION

| IN RE:<br>SUZANNE LACY<br><br>Debtor (s) | CASE NO: BKS-09-12902-MKN<br><br>NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE |
|---|---|

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**
**YOU ARE BEHIND IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS YOU TAKE ACTION WITHIN 30 DAYS OF THE DATE LISTED BELOW.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of May 07, 2010, payments are delinquent in the amount of $2,250.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on this exhibit.

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by 06/06/2010, bring the case current by paying, in certified funds to the Chapter 13 Trustee, the amount of $3,325.00**  (This amount represents your delinquency plus your next plan payment due after 5/7/2010); OR

YOU MUST, by 06/06/2010, submit to the Chapter 13 Trustee through your attorney, if you are represented, a Modified Chapter 13 Plan.  Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition; OR

YOU MUST file and serve a request for a hearing on the Trustee's Notice of Default, setting forth the reason for requesting the hearing supported by affidavits or declarations.

**THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE.  PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.  YOUR CASE MAY BE DISMISSED.**

Dated: May 07, 2010                                    /s/ Kathleen A. Leavitt
                                                       Kathleen A. Leavitt
                                                       Chapter 13 Trustee

**Exhibit A to Notice of Default**                                    **CASE NO.: 09-12902-MKN**
**SUZANNE LACY**

| Date Posted | Source Number | Description | Amount of Receipt |
|---|---|---|---:|
| Apr 08, 2009 | USPS 5315 | CASHIER'S CHECK FROM DEBTOR | 200.00 |
| May 28, 2009 | WU 4488 | MONEY ORDER FROM DEBTOR | 200.00 |
| Jun 19, 2009 | WU 6984 | MONEY ORDER FROM DEBTOR | 200.00 |
| Jul 20, 2009 | WF 2318 | MONEY ORDER FROM DEBTOR | 200.00 |
| Aug 13, 2009 | USPS 1610 | MONEY ORDER FROM DEBTOR | 200.00 |
| Sep 16, 2009 | WU 8431 | MONEY ORDER FROM DEBTOR | 500.00 |
| Oct 21, 2009 | WU 8453 | MONEY ORDER FROM DEBTOR | 350.00 |
| Nov 24, 2009 | USPS 3848 | MONEY ORDER FROM DEBTOR | 500.00 |
| Dec 16, 2009 | USPSP 1228 | MONEY ORDER FROM DEBTOR | 500.00 |
| Feb 10, 2010 | USPS 2431 | MONEY ORDER FROM DEBTOR | 500.00 |
|  |  | **Gross Debtor Receipts:** | **$3,350.00** |