

Entered on Docket
July 08, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
3990 Vegas Drive
Las Vegas, Nevada 89108
Telephone:   (702) 474-4220
Facsimile:   (702) 474-4228
E-mail:      jeffrey@jeffreycogan.com
Attorney for Chapter 13 Debtor SUZANNE LACY

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-12902(mkn) |
| SUZANNE LACY, | Chapter 13 |
| | TRUSTEE:   Leavitt |
| Chapter 13 Debtor. | Date of Hearing: June 21, 2010 |
| | Time of Hearing: 1:30 p.m. |

### ORDER GRANTING DEBTOR SUZANNE LACY'S AMENDED MOTION TO VACATE ORDER VACATING AUTOMATIC STAY

THIS MATTER having come on for hearing on Debtor SUZANNE LACY's Amended Motion to Vacate Order Vacating Automatic Stay in the alternative, relief under 11 U.S.C. § 105, the Debtor not appearing but being represented by counsel, Jeffrey A. Cogan, Esq., Secured Lender Litton Loan Servicing, LP, as agent for Wilmington Trust Company as successor to the Bank of New York as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Back Certificates, Series 2005-CB4, being represented by Kevin S. Soderstrom, Esq. of Wilde & Associates, not having filed an Opposition within the time required by the Order Shortening Time entered and served on the 7th day of May, 2010, the Chapter 13 Trustee not appearing nor filing a pleading in response thereto, the Court having reviewed the papers and pleadings on file herein, having found grounds for the Motion under

1  Bankruptcy Rule 9024 and Federal Rules of Civil Procedure 60(b) and good cause appearing
2  therefore,
3      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Amended
4  Motion to Vacate Order Vacating Automatic Stay is granted.
5      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Order Vacating
6  the Automatic Stay entered on April 8, 2010 as Document Number 54 is hereby vacated.
7      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Automatic Stay
8  of 11 U.S.C. § 362(a) is reimposed as to Debtor SUZANNE LACY's residence located at at 6021
9  Gum Springs Street, North Las Vegas, Nevada and more particularly described as:
10      PARCEL ONE (1):
11          LOT 92 IN BLOCK 6 OF FIFTH AND FARM UNIT 1C, A COMMON INTEREST COMMUNITY AS SHOWN BY MAP
12          THEREOF ON FILE IN BOOK 114 OF PLATS, PAGE 39, IN THE OFFICE OF THE COUNTY RECORDER, CLARK
13          COUNTY, NEVADA.
14          RESERVING THEREFROM A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE
15          COMMON ELEMENTS AS DELINEATED ON SAID MAP REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE
16          DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS FOR FIFTH AND FARM RECORDED MAY
17          16, 2003 IN BOOK 20030516 AS DOCUMENT NO. 00536 OF OFFICIAL RECORDS.
18
    PARCEL TWO (2):
19
20          A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE COMMON ELEMENTS
21          AS DELINEATED ON SAID MAP REFERRED TO ABOVE AND FURTHER DESCRIBED IN THE DECLARATION OF
22          COVENANTS, CONDITIONS, AND RESTRICTIONS FOR FIFTH AND FARM RECORDED MAY 16, 2003 IN BOOK
23          20030516 AS DOCUMENT NO. 00536 OF OFFICIAL
24  ///
25  ///
26  ///
27  ///
28

1  RECORDS.

2  Submitted by:                                    Reviewed by:

3  JEFFREY A. COGAN, ESQ., LTD.                     WILDE & ASSOCIATES

4  By _____                   By _____ #10235
5  Jeffrey A. Cogan, Esq.                           Gregory L. Wilde, Esq.
   Nevada Bar No. 4569                              Nevada Bar No. 4417
6  3990 Vegas Drive                                 212 South Jones Boulevard
   Las Vegas, Nevada 89108                          Las Vegas, Nevada 89107
7  Telephone: (702) 474-4220                        Telephone: (702) 258-8200
   Facsimile: (702) 474-4228                        Facsimile: (702) 258-8787
8  Email:                                           
   Attorney for Debtor                              Attorney for Secured Creditor

9  **ALTERNATIVE METHOD re: LR 9021:**

10 In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

11 ___ The court has waived the requirement of approval under LR 9021.

12 _X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have
13     delivered a copy of this proposed order to all counsel who appeared at the hearing,
       any unrepresented parties who appeared at the hearing, and each has approved or
14     disapproved the order, or failed to respond, as indicated below:

15 ___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed
       order to all counsel who appeared at the hearing, any unrepresented parties who
16     appeared at the hearing, and each has approved or disapproved the order, or failed
       to respond, as indicated below:

17 ___ I certify that I have served a copy of this order with the motion, and no parties
18     appeared or filed written objections.

| Name of Party | Approved | Dis-approved | No Response | No Opposition to Motion and No Appearance |
|---|---|---|---|---|
| **CHAPTER 13 TRUSTEE:** Kathleen Leavitt | | | | XX |
| Wilmington Trust Company as successor to the Bank of New York as successor to JPMorgage Chase Bank, N.A., as Trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2005-CB4 | XX | | | |

I, Jeffrey A. Cogan, declare under penalty of perjury of the laws of the United States and the State of Nevada that the foregoing is true and correct.

/s/ Jeffrey A. Cogan

### ###

Page 3 of 3